IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

| | |
|---|---|
| THOMAS HARRIS and BONNIE HARRIS, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No.: 3:17-CV-616-RGJ-LLK ) |
| MIDLAND FUNDING, LLC and FENTON LAW FIRM, P.S.C. | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF SETTLEMENT

Please take notice that Plaintiffs Thomas Harris and Bonnie Harris have resolved this dispute with Defendants Midland Funding, LLC and Fenton Law Firm, P.S.C. Plaintiffs and Defendants anticipate filing a Joint Stipulation of Dismissal with Prejudice of Plaintiffs' claims against Defendants within thirty to forty-five days.

This the 20th day of September, 2018.

Respectfully submitted,

/s/ Joseph N. Tucker
Joseph N. Tucker
R. Brooks Herrick
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky  40202
(502) 540-2300
(502) 581-8111 (Fax)
joseph.tucker@dinsmore.com
brooks.herrick@dinsmore.com
*Counsel for Midland Funding, LLC*

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing was served this 20th day of September, 2018, using the Court's CM/ECF system, which will send notice to the following:

| | |
|---|---|
| James R. McKenzie | James Hays Lawson |
| James R. McKenzie Attorney, PLLC | Lawson at Law, PLLC |
| 115 S. Sherrin Avenue, Suite 5 | 115 S. Sherrin Ave., Suite 5 |
| Louisville, KY 40207 | Louisville, KY 40207 |
| james@creditdefenseky.com | hays@creditdefenseky.com |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |

Thomas C. Fenton
Morgan & Pottinger, PSC
401 South Fourth Street, Suite 1200
Louisvile, KY 40202
tcf@morganandpottinger.com
*Counsel for Fenton Law Firm, PSC*

                                                        /s/ Joseph N. Tucker
                                                        *Counsel for Midland Funding, LLC*