IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

| | | |
|---|---|---|
| THOMAS HARRIS and <br> BONNIE HARRIS, | ) <br> ) | Civil Action No.: 3:17-CV-616-RGJ-LLK |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | |
| MIDLAND FUNDING, LLC and <br> FENTON LAW FIRM, P.S.C., | ) <br> ) <br> ) | **ORDER** |
| Defendants. | ) <br> ) | |

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. __35_) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.

This the _____ day of _____, 2018.

13902001v1